UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WECARE HOLDINGS, LLC, ET AL.

        Plaintiffs        **ORDER STAYING CASE**

     vs                  08-CV-6213

BEDMINSTER INTERNATIONAL LIMITED

        Defendant
_____

    Defendant, Bedminster International Limited has filed a "Suggestion of Bankruptcy." Accordingly, pursuant to 11 U.S.C. § 362, this case is hereby stayed pending the release of the bankruptcy stay. The parties are hereby,

    ORDERED, to report to the Court within 30 days of the bankruptcy stay being lifted. Should the parties fail to notify the Court within 30 days, this case will be dismissed with prejudice; and it is

    FURTHER ORDERED, that the parties shall report to the Court regarding the status of this case and the Defendant's bankruptcy petition no later than one year from the date of this Order. Should the parties fail to timely notify the Court of the status of this case and/or the Defendant's bankruptcy petition, this case will be dismissed without prejudice.

    SO ORDERED.

                                  S/ MICHAEL A. TELESCA
                              HON. MICHAEL A. TELESCA
                              United States District Judge

```
Dated:     Rochester, New York
           February 15, 2012

TO:        ALL COUNSEL
```